Allan J. Cory SBN: 224289
Email: cory@sonic.net
LAW OFFICE OF ALLAN J. CORY
740 4th Street,
Santa Rosa, CA 95404
Office: 707-527-8810
Fax:    707-921-7375

Attorney for Defendants,
3GP, LLC; G&M Productions, LLC; Gianni Messmer

Cris C. Vaughan, Esq.  SBN 99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA  95650
Tel:  916-660-9401
Fax:  916-660-9378
Email:  ccvaughan@sbcglobal.net

Attorneys for Plaintiff, Dennis Fitzgerald

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dennis Fitzgerald<br><br>　　　　Plaintiff,<br><br>　v.<br><br>3GP, LLC; a California limited liability company; G & M Productions, LLC, a California limited liability company; Gianni Messmer, and Does 1-50, inclusive<br><br>　　　　Defendants | ) Case No: CV 05345-RS<br>)<br>)<br>) **STIPULATION AND REQUEST TO**<br>) **EXTEND TIME FOR COMPLETION OF**<br>) **JOINT SITE INSPECTION PURSUANT**<br>) **TO GENERAL ORDER No. 56;**<br>) **[~~PROPOSED~~] ORDER**<br>)<br>) The Hon. Richard Seeborg<br>) |

　　　DENNIS FITZGERALD ("Plaintiff") and 3GP, LLC, G&M PRODUCTIONS, LLC and GIANNI MESSMER (collectively "Defendants"), by and through their counsel of record stipulate to the following;

　　　WHEREAS the instant case is one of three related cases for which this court issued a Related Case Order dated 2/21/14 (Doc. 22);

WHEREAS the previous scheduling order in this matter required completion of the joint site inspection by March 3, 2014;

WHEREAS the Parties to this action and to the other two related actions have been unable to complete the joint site inspection previously ordered in part due to the need to clarify the related case issues;

WHEREAS counsel for the Parties in this case are also counsel for the Parties in the related cases;

WHEREAS the Parties in this case are prepared to complete the joint site inspection on or before March 25, 2014;

IT IS HEREBY STIPULATED that the Parties agree to complete the joint site inspection on or before March 25, 2014 and request the court revise the previously issued Scheduling Order to permit the Parties to complete the joint site inspection on or before March 25, 2014.  The Parties understand that the previously issued Scheduling Order can remain in effect with this modification as subsequent Scheduling Order dates are based upon the date of completion of the joint site inspection.

Based on the foregoing, the Parties respectfully request the Court revise the previously issued Scheduling Order in this matter and permit the Parties to complete the joint site inspection on or before March 25, 2014.

Dated: March 7, 2014                LAW OFFICE OF ALLAN J. CORY

By: */s/ Allan J. Cory*
Allan J. Cory, Attorney for Defendants 3GP, LLC, G&M PRODUCTIONS, LLC and GIANNI MESSMER

Dated:  March 7, 2014               VAUGHAN & ASSOCIATES

By: */s/  Cris C. Vaughan*
Cris C. Vaughan, Attorney for Plaintiff DENNIS FITZGERALD

### [PROPOSED] ORDER

For the reasons stated in the Parties stipulation, and good cause appearing, the deadline set forth in the previously issued Scheduling Order for completion of the joint site inspection is amended to permit completion of the joint site inspection on or before **March 25, 2014.** The remaining provisions of the Scheduling Order will remain in effect.

**IT IS SO ORDERED.**

DATED: March 13 , 2014

_____
Richard Seeborg
United States District Judge