Cris C. Vaughan, Esq., SBN 99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA 95650
Telephone: 916-660-9401
Facsimile: 916-660-9378

Attorney for Plaintiff, Dennis Fitzgerald

Allan J. Cory, Esq., SBN 224289
LAW OFFICE OF ALLAN J. CORY
740 4th Street
Santa Rosa, CA 95404
Telephone: 707-527-8810
Facsimile: 707-569-1547
Attorney for Defendants, 3GP, LLC; G & M Productions, LLC and Gianni Messmer

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dennis Fitzgerald,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>3GP, LLC, a California limited liability company; G & M Productions, LLC, a California limited liability company; Gianni Messmer; and Does 1-50, inclusive,<br><br>　　　　Defendants. | Case No.: 3:13-cv-05345-RS<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & [PROPOSED] ORDER THEREON** |

**STIPULATION**

　　IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/its own attorneys' fees and costs. This stipulation is made as to the result of the settlement of the action.

Dated: November 14, 2014　　　　　　　　VAUGHAN & ASSOCIATES


　　　　　　　　　　　　　　　　　By:　　/s/ Cris C. Vaughan
　　　　　　　　　　　　　　　　　　　　Cris C. Vaughan
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Stipulation for Dismissal　　　　　　　　　　-1-　　　　　　　　　　3:13-cv-05345-RS

1 | Dated: November 25, 2014              LAW OFFICE OF ALLAN J. CORY

By:   /s/ Allan J. Cory
      Allan J. Cory,
      Attorney for Defendants

[Proposed] Order

IT IS HEREBY ORDERED that the complaint of plaintiff in this matter is dismissed with prejudice in its entirety.

Dated: __12/1_____, 2014

_____
United States District Judge